1 | Clark Ovruchesky, Esq. (SBN: 301844)
C.O. LAW, APC
2 | co@colawcalifornia.com
3148 Midway Dr., Suite 203
3 | San Diego, CA 92110
Telephone: (619) 356-8960
4 | Facsimile: (619) 330-7610

5 | Peter G. Macaluso, Esq. (SBN: 215730)
LAW OFFICE OF PETER G. MACALUSO
6 | 7230 S. Land Park Dr., Suite 127
Sacramento, CA 95831
7 | Telephone: (916) 392-6591
Facsimile: (916) 392-6950
8 |
Attorneys for Plaintiffs
9 | THEA COUNTRYMAN and DUANE COUNTRYMAN

10 | Cindy Hamilton (SBN 217951)
GREENBERG TRAURIG, LLP
11 | 1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
12 | Telephone:   (650) 328-8500
Facsimile:    (650) 328-8508
13 | hamiltonc@gtlaw.com

14 | Attorneys for Defendants
SPECIALIZED LOAN SERVICING LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DUANE COUNTRYMAN, | Case No. 2:18-cv-00337-TLN-CKD |
| Plaintiff, | Case No. 2:18-cv-00338-TLN-CKD |
| v. | |
| SPECIALIZED LOAN SERVICING LLC; REAL TIME RESOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES LLC, | **STIPULATION TO CONSOLIDATE CASES AND ORDER** |
| Defendants. | |

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT               CASE NO. 2:18-CV-00338-TLN-CKD

TO THIS HONORABLE COURT:

Plaintiff DUANE COUNTRYMAN and Defendant SPECIALIZED LOAN SERVICING, LLC (collectively, the "parties"), by and through their respective undersigned counsel, hereby moves the Court, pursuant to Eastern District Local Rule 143, Rule 83 and Rule 42(a)(2) of the Federal Rules of Civil Procedure, for consolidation of the case styled as *Thea Countryman v. Specialized Loan Servicing LLC, et al.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00337-TLN-CKD and *Duane Countryman v. Specialized Loan Servicing LLC, et al.,* Case No. 2:18-cv-00338-TLN-CKD into the lower-case number Case No. 2:18-cv-00337-TLN-CKD.

Dated: July 2, 2018          C.O. LAW, APC

By: */s/ Clark Overuchesky*
　　Clark Ovruchesky

Attorneys for Plaintiffs, THEA COUNTRYMAN and DUANE COUNTRYMAN

Dated: July 2, 2018          GREENBERG TRAURIG, LLP

By: */s/ Cindy Hamilton*
　　Cindy Hamilton

Attorneys for Defendants, SPECIALIZED LOAN SERVICING LLC

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** |
| 2 | The Stipulation to Consolidate Cases *Thea Countryman v. Specialized Loan Servicing LLC*, *et |
| 3 | al.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00337-TLN-CKD |
| 4 | and *Duane Countryman v. Specialized Loan Servicing LLC*, *et al.*, United States District Court, |
| 5 | Eastern District of California, Case No. 2:18-cv-00338-TLN-CKD is GRANTED and is consolidated |
| 6 | into Case No. 2:18-cv-00337-TLN-CKD. |
| 7 | |
| 8 | IT IS SO ORDERED: |
| 9 | |
| 10 | Dated: July 16, 2018 |
| 11 | |
| 12 | Troy L. Nunley / United States District Judge |
| 13 | **FILERS ATTESTATION** |
| 14 | |
| 15 | Pursuant to Eastern District Local Rule 131, counsel attests that all signatories listed concur in |
| 16 | the content of this document, and have authorized its filing. |
| 17 | |
| 18 | By: */s/ Cindy Hamilton*    Cindy Hamilton |
| 19 | |
| 20 | |
| 21 | |
| 22 | *LV 421150050v1* |